UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CADENCE BANK, N.A.,              )
                                )
        Plaintiff               )
                                )        No. 3:13-0143
v.                              )        Judge Nixon/Brown
                                )
MARC T. BARCLAY,                )
                                )
        Defendant               )

**O R D E R**

At the initial case management conference counsel the Defendant advised that the parties had reached a resolution in this matter and, therefore, would not need an initial case management order entered.

Counsel should file appropriate pleadings with the District Judge within **30 days** setting out the necessary parameters of the resolution, which the Magistrate Judge understands may request the Court to retain jurisdiction of the case for a period of time until the terms of the settlement can be completed.

It is possible that in their pleadings the parties can request that the Court administratively close the case for a set period of time subject to being reopened for good cause shown in the event the terms of the settlement are not consummated.

At the present time it does not appear that anything remains to be done by the Magistrate Judge and the **Clerk** is directed to forward the file to Judge Nixon for his consideration of further pleadings in the matter.

It is so **ORDERED**.

/s/    Joe B. Brown
JOE B. BROWN
United States Magistrate Judge